PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MAJINDER KAUR PAHAL,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-01667-CSK<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from November 4, 2024, up to and including December 4, 2024.

    This is Defendant's first request for an extension, and it is made with good cause. This case was recently reassigned to undersigned counsel for Defendant, along with three other briefs, all of which are due by mid-November 2024. In total, counsel now has five briefs due in approximately the next three weeks. Undersigned counsel also has preplanned leave in late November. Thus, Defendant requires an extension in this case, and may require extensions in

other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 24, 2024    /s/ Josephine Mary Gerrard*
(*as authorized via e-mail on October 24, 2024)
JOSEPHINE MARY GERRARD
Attorney for Plaintiff

Dated: October 24, 2024    PHILLIP A. TALBERT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:    /s/ Mary Tsai
MARY TSAI
Special Assistant U.S. Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

**ORDER**

    Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including December 4, 2024, to respond to Plaintiff's Motion for Summary Judgment.

DATED: October 29, 2024

HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:24-cv-01667-CSK        2