JOSEPHINE M. GERRARD (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Majinder Kaur Pahal

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAJINDER KAUR PAHAL,<br><br>        Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>        Defendant | Case No. 24-cv-01667-CSK<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

    Based upon the Joint Stipulation for Attorney's fees pursuant to the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412(d)),

    IT IS ORDERED that fees in the amount of nine thousand dollars ($9,000.00) under the EAJA, 28 U.S.C. § 2412(d), and costs in the amount of four hundred and five dollars ($405.00) under 28 U.S.C. § 1920, be awarded subject to the terms of the parties' Stipulation (*see* ECF No. 22).

Dated: February 19, 2025

                                                        */s/ Chi Soo Kim*
                                                        CHI SOO KIM
                                                        UNITED STATES MAGISTRATE JUDGE

5, paha.1667.24